UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND AND TRAINING PROGRAM FUND; MIKE HELLSTROM, *as Business Manager of the Mason Tenders District Council of Greater New York*; and ANNA GUSTIN, *in her fiduciary capacity as director*,<br><br>                          Petitioners,<br><br>                -v.-<br><br>AMERI RESTORATION, INC.,<br><br>                          Respondent. | 22 Civ. 4161 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 20, 2022, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **June 21, 2022**. Respondent's opposition, if any, is due on **July 19, 2022**. Petitioners' reply, if any, is due **August 2, 2022**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **May 31, 2022**, and shall file an affidavit of such service with the court no later than **June 7, 2022**.

SO ORDERED.

Dated: May 24, 2022
        New York, New York

                                                      KATHERINE POLK FAILLA
                                                    United States District Judge