UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND AND
TRAINING PROGRAM FUND; MIKE
HELLSTROM, as Business Manager of the Mason
Tenders District Council of Greater New York;
and ANNA GUSTIN, in her fiduciary capacity
as director,

                Petitioners,                      22 **CIVIL** 4161 (KPF)

    -against-                             **JUDGMENT**

AMERI RESTORATION, INC.,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 13, 2022, Petitioners' motion for summary judgment on their petition to confirm the Award is GRANTED. Judgment is entered in favor of Petitioners in the amount of $83,675.32 plus statutory interest from May 21, 2021, through the date of judgment, in the amount of $10,522.46; accordingly, the case is closed.

**Dated**: New York, New York
        October 13, 2022

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
                      BY:           *K. Mango*
                                        **Deputy Clerk**